IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | File no.: 3:04-CR-00274-15 |
| v. | ) | ORDER |
| | ) | |
| STEPHEN OXENDINE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** come before the Court on motion of defense counsel for interim payment. For good cause shown, this motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that interim payment be made payable to defense counsel on the above case regarding the above referenced defendant.

Signed: June 6, 2006

Graham C. Mullen
United States District Judge